Evan Livingstone, SBN 252008
ATTORNEY AT LAW
740 4th St, Ste 215
Santa Rosa CA 95404
Phone: (707) 206-6570
Fax: (707) 676-9112
Email: evanmlivingstone@gmail.com

Attorney for Debtor/Plaintiff Jose S. Martinez

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. | 15-11193 |
|---|---|---|
| JOSE S. MARTINEZ | Chapter | 13 |
| Debtor _____ / | **STIPULATION REGARDING PROOF OF CLAIM OF STATE BOARD OF EQUALIZATION** | |

Debtor Jose S Martinez (Debtor) and Creditor State Board of Equalization (Creditor) enter into the following stipulation regarding Proof of Claim No. 1 filed in this case by the State Board of Equalization in the amount of $22,526.63.

1) Debtor will dismiss with prejudice adversary proceeding no. 16-01004.

2) Debtor will not contest Creditor's right to retain all funds levied by Creditor prior to the filing of this case.

3) Debtor will pay Creditor the remaining tax (sometimes called "principal") of $14,443.59 through Debtor's chapter 13 bankruptcy plan monthly ($240.73 each month for 60 months). If the Debtor defaults on the monthly payments, the Creditor can take appropriate legal action, which may include seeking conversion or dismissal of this case.

4) In the event Debtor's chapter 13 bankruptcy case is dismissed, this stipulation for settlement is void, and Creditor is expressly permitted to resume its normal collection procedures against the Debtor.

5) In the event Debtor completes his bankruptcy plan and pays a total of $14,443.39 through the bankruptcy, BOE will adjust off the remaining balance owed by Debtor to the State Board of Equalization and release all tax liens against Debtor.

SO STIPULATED.

Dated: April 25, 2016

/s/Evan Livingstone
Evan Livingstone
Attorney for Debtor Jose S Martinez

Dated: April 25, 2016

KAMALA D. HARRIS
Attorney General of California

/s/Lucy F Wang
Lucy F. Wang, Deputy Attorney General
Attorneys for Creditor
State Board of Equalization